# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Hicken

Case No. Civil 00-1027 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Arnold, Anderson & Dove, P.L.L.P.,
a Minnesota corporation, and
Richard Schieffer, a natural person,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion for summary judgment is granted.

DATE: April 16, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

19